[954 NE2d 77, 929 NYS2d 788]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE HOLMES, JR., Appellant.

Decided September 8, 2011

**APPEARANCES OF COUNSEL**

*Timothy P. Donaher, Public Defender*, Rochester (*Janet C. Somes* of counsel), for appellant.

*Michael C. Green, District Attorney*, Rochester (*Geoffrey Kaeuper* of counsel), for respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed and case remitted to the Appellate Division, Fourth Department, for consideration of issues raised but not determined on the appeal to that court (*see People v Hunter*, 17 NY3d 725 [2011]).

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.